# EXHIBIT B

**U.S. Patent No. US 8,938,799 v. Malwarebytes, Inc.**

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [16.P] A security subsystem configurable in the path of communications between a network and a host system of a network endpoint, the security subsystem comprising processing resources at least for providing security for the host system, in part by executing security function software modules, wherein the | Malwarebytes makes, uses, sells and/or offers to sell a security subsystem configurable in the path of communications between a network and a host system of a network endpoint, the security subsystem comprising processing resources at least for providing security for the host system, in part by executing security function software modules. This element is infringed literally, or in the alternative, under the doctrine of equivalents. For example, Malwarebytes provides the ThreatDown product family that provides protection from threats using an Endpoint Detection and Response and Protection platforms. These platforms further include a single-tenant option called Nebula ("security subsystem"), which protects devices ("host system of a network endpoint") from various threats such as ransomware, malware, viruses, breaches, and vulnerabilities from the network. Furthermore, the Endpoint Security Management Platform features a centralized cloud based management where the endpoints are communicatively coupled to a centralized, cloud server ("configurable in the path of communications between a network and a host system of a network endpoint") via a lightweight agent that offers multiple security functionalities ("providing security for the host system") such as Endpoint Detection and Response, Vulnerability Assessment, Patch Management, and DNS Filtering. Therefore, it would be apparent to a person having ordinary skill in the art that the Endpoint Security Management Platform comprises processing resources to execute security function software modules to further provide security for the host system. |

| processing means comprises at least: |  Source: https://www.threatdown.com/ |
|---|---|

3

## Real-time protection

Real-time protection features are part of your Endpoint Protection or Endpoint Detection and Response subscription.

When you enable Real-time protection features, any needed plugins are automatically installed on your endpoints. We recommend using all Endpoint Protection features for the best protection.

These protection layers block and prevent malicious activity, but false positives can occur where legitimate software or files are being blocked. Report the false positives or use exclusions to mitigate them. For more information, see

Source: https://support.threatdown.com/hc/en-us/articles/4413802501395-Protection-policy-settings-in-Nebula



Source: https://www.threatdown.com/products/nebula/ (annotated)

## Nebula protection layers

- **Web Protection** - Prevents connections to and from malicious public IP addresses and compromised websites. Web protection is redundant if a server only communicates with private IP addresses.

- **Exploit Protection** - Prevents vulnerability exploits and zero-day attacks.

- **Malware Protection** - Prevents malware infections.

- **Ransomware Behavior Protection** - Detects and blocks ransomware based on behavior analysis.

Source: https://support.threatdown.com/hc/en-us/articles/4413789772947-Configure-Nebula-for-Windows-server-roles



Source: https://www.threatdown.com/products/endpoint-detection-and-response/ (annotated)



Source: https://support.threatdown.com/hc/en-us/articles/4413789642771-Nebula-architecture

**Thank you for becoming a Nebula customer!**

Nebula is the perfect solution for monitoring and protecting your devices with ease and complete peace of mind.

Your Nebula environment comes pre-configured with our recommended default settings. These settings are designed to provide you with the best protection possible.

Source: https://support.threatdown.com/hc/en-us/articles/39778873445139-Nebula-Quick-Start-Guide

7

| | |
|---|---|
| | **Single, Cloud-Based Management Console**<br><br>Deploy and manage your entire endpoint security stack without the headache and costs of swivel chair management (multiple vendors, consoles, and integrations).<br><br>Source: https://www.threatdown.com/products/nebula/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Malwarebytes. |
| [16.1] holding and executing in hardware means for at least one defense function software module for providing at least one defense function; and agent means for providing at least one immunization function. | Malwarebytes provides the security subsystem comprising processing resources, wherein the processing means comprises at least: holding and executing in hardware means for at least one defense function software module for providing at least one defense function; and agent means for providing at least one immunization function.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Endpoint Security Management Platform includes Nebula Plugins installed on the endpoints to perform tasks, run scans, and protect the device. The plugins provide functionalities such as identifying suspicious activity, performing ransomware rollback backups, enabling endpoint isolation, brute force protection, and version control of protection services ("at least one defense function") to protect the endpoints from threats.<br><br>Further, Nebula provides a single lightweight agent that protects devices through various security services, including but not limited to Vulnerability management, Patch management, and DNS web content filtering ("at least one immunization function"). Since the Endpoint Security Management Platform provides both defense and immunization functions, it would be apparent to a person having ordinary skill in the art that the platform holds and executes in hardware means for at least one defense function software module for providing defense functions and agent means for providing immunization functions. |

8



Source: https://www.threatdown.com/products/nebula/

9

**Nebula Plugins**: Software components installed on endpoints that perform tasks, run scans, and protect the device. These are automatically installed based on the policy settings applied to the endpoint. The installed plugins can be viewed from the **Manage > Endpoints** page. Click on an endpoint and look under the **Agents and plugins** section.

- **Agent Service**: A core background agent service that facilitates communication between the endpoint and Nebula, enabling policy enforcement, updates, event reporting, and coordination with other security modules.

- **User Agent**: A user-facing component responsible for alerts, notifications, or security prompts, providing visibility into the agent's status, user-initiated scans and actions.

*At least one defense function*

- **Endpoint Detection and Response**: The plugin responsible for collecting data to identify Suspicious Activity, perform Ransomware Rollback backups, and Endpoint Isolation.

- **Endpoint Protection**: The plugin that controls and manages the protection layers.

- **Endpoint Protection protection update**: Rules and heuristics to identify malware.

- **Protection service version**: The primary service that provides real-time protection and Device Control.

- **Component package version**: The package that contains the controllers and components that power the protection layers.

- **Asset Manager**: The plugin that collects information about the endpoint including installed, startup, and other software.

Source: https://support.threatdown.com/hc/en-us/articles/4413789642771-Nebula-architecture (annotated)

10

**DNS Content Filtering**: A plugin that monitors and restricts access to specific domains based on predefined policies. It blocks access to harmful, inappropriate, or non-compliant websites by filtering DNS queries before they are resolved.

**DNS Crypt Proxy**: A security feature that encrypts DNS traffic between the endpoint and Cloudflare using the DNSCrypt protocol. It prevents DNS spoofing, tampering, and surveillance by ensuring DNS requests are secure and private.

**Firewall Management**: Provides centralized control and enforcement of network traffic rules on endpoints. It manages system-level firewalls to allow or block traffic based on security policies, reducing exposure to network-based threats.

**Browser Phishing Protection**: A browser module with an extension that detects and blocks phishing websites in real time. It scans URLs and webpage content to safeguard customers from web-based threats, ensuring secure and seamless browsing experiences

Source: https://support.threatdown.com/hc/en-us/articles/4413789642771-Nebula-architecture



11

Source: https://support.threatdown.com/hc/en-us/articles/4413789642771-Nebula-architecture

**Single, Lightweight Agent**

agent means for providing at least one immunization function

Simplify security and reduce costs with the same agent and cloud-based console that powers all ThreatDown endpoint security technologies—and deploys easily in minutes.

Source: https://www.threatdown.com/products/endpoint-protection/ (annotated)

# Nebula modules

- **Vulnerability Assessment** - Checks for vulnerable applications.

- **Patch Management** - Installs OS patches and software updates on third-party applications.

- **DNS Filtering** - Blocks connections to domains based on Nebula admin configuration.

- **Application Block** - Blocks specific applications from running.

Source: https://support.threatdown.com/hc/en-us/articles/4413789772947-Configure-Nebula-for-Windows-server-roles

12

**Vulnerability & Patch**: The Vulnerability & Patch Management module allows you to monitor threat exposure on your endpoints by identifying software vulnerabilities and patch endpoints by updating software and installing operating system patches.

Source: https://support.threatdown.com/hc/en-us/articles/18242146189587-Understand-your-security-score-in-Nebula

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Malwarebytes.

## 2. List of References

1. https://www.threatdown.com/, last accessed on 20 March 2026.
2. https://www.threatdown.com/products/nebula/, last accessed on 20 March 2026.
3. https://support.threatdown.com/hc/en-us/articles/4413802501395-Protection-policy-settings-in-Nebula, last accessed on 20 March 2026.
4. https://support.threatdown.com/hc/en-us/articles/4413789772947-Configure-Nebula-for-Windows-server-roles, last accessed on 20 March 2026.
5. https://www.threatdown.com/products/endpoint-detection-and-response/, last accessed on 20 March 2026.
6. https://support.threatdown.com/hc/en-us/articles/4413789642771-Nebula-architecture, last accessed on 20 March 2026.
7. https://support.threatdown.com/hc/en-us/articles/39778873445139-Nebula-Quick-Start-Guide, last accessed on 20 March 2026.
8. https://www.threatdown.com/products/endpoint-protection/, last accessed on 20 March 2026.
9. https://support.threatdown.com/hc/en-us/articles/18242146189587-Understand-your-security-score-in-Nebula, last accessed on 20 March 2026.