UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEECH TRANSCRIPTION, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>MALWAREBYTES INC.,<br><br>      Defendant. | Case No.  26-cv-02941-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Jacqueline S. Corley for consideration of whether the case is related to *Speech Transcription, LLC v. Darktrace, Inc.*, No. CV 26-cv-02940-JSC.

**IT IS SO ORDERED.**

Dated: 7/13/2026

_____

VINCE CHHABRIA
United States District Judge