René A. Vazquez
*Pro Hac Vice*
DNL Zito
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(703) 989-2244
rvazquez@dnlzito.com

Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
969 Hilgard Avenue, Suite 1012
Los Angeles, California 90024
(949) 636-1391 (Phone)

*Counsel for Plaintiff*

SHARTSIS FRIESE LLP
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
425 Market Street, Eleventh Floor
San Francisco, CA 94105-2496
Telephone: (415) 421-6500

JACKSON WALKER LLP
WASIF H. QURESHI (*pro hac vice*)
wqureshi@jw.com
1401 McKinney, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4521

*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SPEECH TRANSCRIPTION, LLC**<br>Plaintiff,<br><br>v.<br><br>**MALWAREBYTES, INC.,**<br>Defendant. | **Case No. 3:26-cv-02941-JSC**<br><br>**STIPULATION EXTENDING TIME FOR PLAINTIFF'S OPPOSITION AND DEFENDANT'S REPLY**<br><br>The Hon. Jacqueline Scott Corley |

Pursuant to Civil Local Rules 6-2(a) and 7-12 of the United States District Court for the Northern District of California, Plaintiff Speech Transcription, LLC and Defendant Malwarebytes, Inc., by and through their respective counsel and without waiving any rights, claims or defenses they have in this action, hereby

stipulate and respectfully request that the Court enter an order extending the deadlines for Plaintiff to file its opposition to Malwarebytes's Rule 12(b)(6) Motion to Dismiss the First Amended Complaint (Dkt. 35) (the "Motion"), and for Malwarebytes to file its reply in support of the Motion, as set forth below.

**WHEREAS** Defendant filed the Motion on August 20, 2026 (Dkt. 35) (the "Motion");

**WHEREAS**, under Civil L.R. 7-3(a), Plaintiff's opposition to the Motion is presently due on September 3, 2026, and under Civil L.R. 7-3(c), Malwarebytes's reply is presently due on September 10, 2026;

**WHEREAS**, Plaintiff requires additional time to prepare its opposition to the Motion;

**WHEREAS**, the requested extension will not alter the October 22, 2026 hearing date on the Motion (Dkt. 36) or any other date set by the Court; and

**WHEREAS**, the previous time modifications in this case with respect to the Motion include the Court's Order extending time for Defendant to respond to Plaintiff's Amended Complaint (Dkt. 32);

**NOW, THEREFORE**, the parties hereby stipulate, subject to the approval of the Court, as follows:

1. Plaintiff shall file its opposition to the Motion on or before September 10, 2026; and
2. Malwarebytes shall file its reply in support of the Motion on or before September 17, 2026.

The October 22, 2026 hearing date on the Motion shall remain unchanged.

Dated: September 3, 2026

Respectfully submitted,

*/s/ René A. Vazquez*
René A. Vazquez (admitted *pro hac vice*)
**DNL Zito**
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
Phone: (703) 989-2244
rvazquez@dnlzito.com

Stephen M. Lobbin
sml@smlavvocati.com
**SML AVVOCATI P.C.**
969 Hilgard Avenue, Suite 1012
Los Angeles, California 90024
Phone: (949) 636-1391

**Counsel for Plaintiff**

*/s/ Wasif Qureshi*
SHARTSIS FRIESE LLP
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
425 Market Street, Eleventh Floor
San Francisco, CA 94105-2496
Telephone: (415) 421-6500

JACKSON WALKER LLP
WASIF H. QURESHI (*pro hac vice*)
wqureshi@jw.com
1401 McKinney, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4521

**Counsel for Defendant**

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED**

Dated: September ____, 2026

______________________________
Hon. Jacqueline Scott Corley

ATTESTATION: Pursuant to Civil L.R. 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*<u>/s/ René A. Vazquez</u>*
René A. Vazquez